UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 19-CR-099

  vs.

CHRISTOPHER C. GARDNER,

                Defendant.

---

## NOTICE OF APPEARANCE

---

Please take notice that Jason D. Luczak of Gimbel, Reilly, Guerin and Brown LLP has been retained by and appears for Defendant Christopher C. Gardner in the captioned matter and requests that copies of all pleadings and notice of all proceedings be served upon him via the PACER electronic filing system.

Dated this 16th day of June, 2022.

                Respectfully submitted,

                Gimbel, Reilly, Guerin and Brown LLP

                By: *Electronically Signed By Jason D. Luczak*
                    JASON D. LUCZAK
                    State Bar No. 1070883
                    Email:  jluczak@grgblaw.com
                Attorneys for Defendant Christopher C. Gardner

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440