UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff*,

v.                                                  Case No. 2:19-CR-00099

CHRISTOPHER GARDNER,

        *Defendant.*

---

## DEFENDANT'S UNOPPOSED MOTION FOR MODIFICATION
## OF SCHEDULING ORDER

---

      Defendant Christopher Gardner, by his counsel, Jason D. Luczak and Nicole M. Masnica of Gimbel, Reilly, Guerin & Brown LLP, hereby moves the Court for a modification of the scheduling order proposed by the parties on September 21, 2022 and adopted by the Court on September 22, 2022 to extend each deadline by two days.

      An indictment charging Christopher C. Gardner with four counts of Wire Fraud was issued in this case on May 29, 2019. Doc. #1. The case was subsequently designated complex by the district court following an oral motion made at the Initial Appearance hearing on June 17, 2022. The Court made a speedy trial finding at a counsel-only scheduling conference held on July 21, 2022, which excluded the 60 days between that hearing and the next, which was held on September 22, 2022. Doc. #19. Prior to the September hearing, the parties met and conferred regarding the deadlines for motions, and undersigned counsel filed a letter proposing that defense motions be filed by

1

December 20, 2022, the Government's response by January 10, 2023, and defense reply briefs by January 20, 2023. Doc #22. These proposed dates were adopted by the Court on September 22, 2022. Doc #23.

The amount of discovery in this matter is well known to the Court, and undersigned counsel received an additional 10GB from the US Attorney's Office on December 9, 2022, which requires review. Additionally, computer, forensic, and other experts related to various types of testing are in the process of being retained by the defense. Undersigned counsel is therefore requesting that the deadlines for pretrial motions be expanded by two days, setting the deadline for defense motions to be filed by December 22, 2022, the Government's response by January 12, 2023, and the defense reply, if any, by January 22, 2023.

In advance of this motion, undersigned counsel contacted Assistant United States Attorney John Scully, who stated that he does not object to this request.

For these reasons, undersigned counsel requests modification of the established scheduling order to reflect a two-day extension to the dates listed above.

Dated this 14th day of December, 2022.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By: ___/s/ Jason D. Luczak___
    JASON D. LUCZAK
    State Bar No. 1070883
    Email: jluczak@grgblaw.com
    NICOLE M. MASNICA
    State Bar No. 1079819
    Email: nmasnica@grgblaw.com
Attorneys for Defendant

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440