# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
jluczak@grgblaw.com

April 25, 2023

Magistrate Judge Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 E Wisconsin Ave, Courtroom 253
Milwaukee, WI 53202

Re:  United States vs. Christopher Gardner, 2:19-CR-99

Dear Magistrate Judge Joseph:

Last week, our office submitted to this court a number of subpoenas for review and issuance, to include four for individuals residing outside of the United States, specifically Antoine Barret, Xavier Vahramian, Paolo Castiglioni and Marc Favre. In response to that request, Attorney Scully filed a response challenging the issuance of the subpoenas in question, assuming that these individuals are not residents or nationals of the United States and are therefore, not subject to compelled attendance via subpoena from a U.S. federal court.

While the defense believes that the government does not have standing to challenge a subpoena order on behalf of the four individuals in question, Mr. Gardner withdraws the request for issuance of subpoenas for these four individuals, as arrangements for voluntary appearance via video is in the process of being arranged.

Thank you for your consideration and please do not hesitate to contact us if you have any questions or additional concerns.

Very truly yours,

JASON D. LUCZAK

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com