# Gimbel · Reilly · Guerin · Brown
## LLP

Writer's E-mail
jluczak@grgblaw.com

April 28, 2023

Magistrate Judge Nancy Joseph
United States District Court
Eastern District of Wisconsin
517 E Wisconsin Ave, Courtroom 253
Milwaukee, WI 53202

  Re: United States vs. Christopher Gardner, 2:19-CR-99

Dear Magistrate Judge Joseph:

  Pursuant to the Court's order related to the defense's motion for independent testing (Doc. 40), I am writing to provide a status update on the visual inspection. The visual inspection took place on April 21, 2023 in Essex, Massachusetts. Our expert is currently developing a detailed plan for conducting certain tests related to the vehicle. He has requested three weeks from today to develop that plan. Therefore, I am requesting that the Court set a deadline four weeks from today (May 26, 2023) for the defense to file our motion for testing of the vehicle as described in the Court's order.

  I have conferred with Assistant U.S. Attorney John Scully, who has indicated that the government does not object to this proposed timeline.

  Thank you for your consideration.

              Very truly yours,

              JASON D. LUCZAK

330 East Kilbourn Avenue
Suite 1170
Milwaukee, WI 53202
P: 414-271-1440
F: 414-271-7680
www.grgblaw.com