UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,                      Case No. 2:19-CR-00099

v.

CHRISTOPHER GARDNER,

    Defendant.

## NOTICE OF LIMITED APPEARANCE OF NEIL LLOYD

PLEASE TAKE NOTICE that Neil Lloyd, of the firm ArentFox Schiff LLP, has this day entered a limited appearance for purposes of representing witness Robert R. Pluth, Jr., at the evidentiary hearing set for May 24, 2023 at 8:30 am in Courtroom 253, 517 E Wisconsin Ave., Milwaukee, WI 53202 before Magistrate Judge Nancy Joseph.

DATED: May 22, 2023            Respectfully submitted,

                                      By: *Electronically signed by Neil Lloyd*
                                          Neil Lloyd
                                          ARENTFOX SCHIFF LLP
                                          233 S. Wacker Dr.
                                          Suite 7100 By:
                                          Chicago, IL 60606
                                          (312) 258-5628
                                          neil.lloyd@afslaw.com

                                        *Attorney for Robert R. Pluth, Jr.*